■ In the Matter of LIJYASU M. KANDEKORE, a Disbarred Attorney. [744 NYS2d 843] —Reinstatement denied. No opinion.

Concur—Mazzarelli, J.P., Saxe, Sullivan, Wallach and Rubin, JJ.